## Commonwealth *v.* Bostic, Appellant.

Before Bodley, J.

Argued September 9, 1974. *John A. VanLuvanee,* with him *Eastburn and Gray,* for appellant; *Martin J. King,* Deputy District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bradby, Appellant.

Before Bodley, J.

Argued September 9, 1974. *John F. O'Neill, Jr.,* with him *Hartzel, Bush & O'Neill,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Martin J. King,* Deputy District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.